IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REGINA LYNN LEONARD, ) <br> ) <br> Defendant. ) | Case No. 4:10CR3089 |

## ORDER

THIS MATTER comes before the Court on Ms. Leonard's Unopposed Motion to Continue Trial, filing no. 23, from November 1, 2010, for approximately 60 days. The Court, being fully advised in the premises, and noting the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until the 3rd day of January, 2011, at 9:00 a.m. Ms. Leonard is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing Ms. Leonard's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from today's date until the date next set for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 21st day of October, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge