IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| REGINA LYNN LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the psychological evaluation conducted by Mario J. Scalora, Ph.D., as discussed during the hearing held today,

IT IS ORDERED:

1. The defendant is remanded to the custody of the Attorney General of the United States for additional competency evaluations and, as needed, for mental health care and treatment at the Federal Medical Facility, Springfield, Missouri, or other suitable facility, pursuant to the provisions of 18 U.S.C. §§ 4241 and 4247. Said institution or facility shall submit to the undersigned and all counsel of record a report of its evaluation and the status of defendant's mental state within 60 days of the defendant's arrival at such facility.

2. The United States Marshal shall forthwith, without delay, transport the defendant to the Springfield, Missouri facility, or other suitable facility as identified by the Attorney General of the United States, in accordance with this order, at no cost to the defendant. The Marshal shall ensure the defendant receives all currently prescribed medications during her transport to the Federal Medical Center.

3. The United States Marshal shall promptly advise defense counsel concerning which Federal Medical Center location will be evaluating, caring, and treating the defendant, and upon receipt of this information, defense counsel shall forward all medical and mental health records in his possession to that Center for its use in defendant's care.

4.     Upon defendant's release from the Federal Medical Center for return transport to the District of Nebraska, the Marshal shall provide a 30-day supply of all medications prescribed for defendant's care and treatment at that time, and shall ensure that the defendant receives such medications in accordance with the instructions of the prescribing physician throughout the course of her transport to this District.

December 2, 2010.                    BY THE COURT:

                                                   s/ *Cheryl R. Zwart*
                                                   United States Magistrate Judge