IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| REGINA LYNN LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the evidence currently before the court, the defendant is mentally unable to effectively assist her counsel with her defense. The defendant has been referred to the Federal Medical Center for mental health evaluation and treatment.

Accordingly,

IT IS ORDERED:

1) The trial of this case, currently scheduled for January 3, 2011, is continued.

2) Pursuant to 18 U.S.C. § 3161(h)(1)(A) & (h)(4), the time between December 2, 2010 and a judicial determination that the defendant is competent and capable of assisting in her defense, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

DATED this 8th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge