IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| REGINA LYNN LEONARD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved for new counsel, explaining she is dissatisfied with her current counsel and she does not believe he is zealously pursuing her case. The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1) The defendant's oral motion to appoint new counsel is granted. The clerk shall delete Mr. Vanderslice from any future ECF notifications herein.

(2) The clerk shall forward this memorandum and order to the Federal Public Defender.

(3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The court recommends appointment of an "A" panel attorney.

(4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

May 2, 2011                     BY THE COURT:



_____s/ Cheryl R. Zwart_____
United States Magistrate Judge