IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| REGINA LYNN LEONARD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's oral Motion to Appoint New Counsel has been granted. A Notice of Attorney Appearance as been filed by Attorney Korey L. Reiman (filing 58). Pursuant to the appointment of new counsel on this case,

IT IS ORDERED:

1. A telephonic status conference is set for May 17th, 2011 at 10:00 a.m. to discuss further progression of this case to trial. The Court will initiate the call.

2. Defendant's new counsel needs additional time to familiarize himself with this case, confer with the defendant, and prepare for trial. Therefore, the time between May 2, 2011 and May 17, 2011 shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 3rd day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge