IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| REGINA LYNN LEONARD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The trial of this case was continued pending a determination of defendant's competency. The court has now determined the defendant is both competent and able to assist her counsel in her defense.

At the competency hearing, the defendant requested new counsel. The request was granted and new appointed counsel has now entered an appearance on the defendant's behalf. Defendant's new counsel needs additional time to review this case and the evidence before determining if pretrial motions should be filed and to confer with the defendant regarding entering a plea or going to trial.

After conferring with defendant's new counsel and counsel for the government, the defendant's request for a new scheduling order is granted, and

IT IS ORDERED:

1) The defendant's pretrial motions and briefs shall be filed on or before May 27, 2011.

2) Trial of this case is set to commence before the Honorable Warren K. Urbom at 9:00 a.m. on July 18, 2011 or as soon thereafter as the case may be called, for a duration of 5 trial days, in Courtroom 4, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3)     Based upon the showing set forth herein and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by setting a new progression schedule; and that the purposes served by doing so outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 18, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 17th day of May, 2011.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge