IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:10cr3089 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| REGINA LYNN LEONARD, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| CHRISTOPHER E. MUGGY, | ) | |
| | ) | |
| Material Witness. | ) | |

After review of the financial status of the material witness, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

 **IT IS ORDERED** that John S. Berry, Jr. is appointed as attorney of record for the above-named witness in this matter and shall forthwith file an appearance in this matter.

 **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

 **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the attorney for the material witness.

 DATED: February 27, 2012

> BY THE COURT
>
> *s/Cheryl R. Zwart*
> Cheryl R. Zwart
> United States Magistrate Judge