IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| V. | ) | |
| REGINA LYNN LEONARD, | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)  The Clerk of Court shall file the letter.

(2)  Treating the letter as a motion, the motion is granted in part and denied in part.

(3)  The Clerk of Court shall provide the defendant with a copy of her docket sheet.

DATED this 25th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge