IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3089 |
| V. | ) | |
| REGINA LYNN LEONARD, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

1. The Clerk shall file the document it received from Leonard and docket it as a motion for reduction of sentence under Amendment 782 and a motion for the appointment of counsel. That document, treated as motion, is denied as moot.

2. The Clerk shall mail to Leonard a copy of General Order No. 2014-08, which is filing no. 168 in this case and a copy of this Order.

3. Leonard is advised that her request for a sentence reduction will be taken up in due course and that the Federal Public Defender or one of his delegates will represent her pursuant to the terms of General Order No. 2014-08.

4. The Clerk shall provide notice of this Order to Kelly Nelson, SUSPO; David Stickman, FPD; and John Higgins, AUSA.

DATED this 26th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge