IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>REGINA LYNN LEONARD,<br><br>              Defendant. | 4:10CR3089<br><br>**ORDER** |

At the request of the United States Probation Officer,

IT IS ORDERED that the Amended Petition for Offender Under Supervision (Filing 186) is dismissed without prejudice, and the February 10, 2022, revocation hearing is canceled.

Dated this 3rd day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge